**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION
CASE NO. 5:17-CV-75-TBR**

LYDIA TORIAN                                                                                                    PLAINTIFF

V.

FIRST RESOLUTION INVESTMENT CORP., *et al.*                                         DEFENDANT**S**

## *ORDER OF DISMISSAL*

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and the joint stipulation at Docket #18,

**IT IS ORDERED** that said action is **DISMISSED** with predudice from the docket.

cc: Counsel